Prisoner Correspondent

In The United States District Court
Northern District, Eastern Division
219 South Dearborn Street (20TH Floor)
Chicago, IL 60604

Micheal. W. Dobbins
[Clerk]

Case No: 006006547

Mack. W. Hawkins
[Plaintiff]

vs.

Cook County Sheriff, dept IL.
          Also
Deputy R. Lipkowski

RECEIVED
JUL 17 2008
JUL 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV4055
JUDGE BUCKLO
MAG. JUDGE NOLAN

42 U.S.C § 1983 Civil Suit

Now comes: The plaintiff Mack. W. Hawkins, sets forth his claims for excessive and undue force through physical brutality by police misconduct as well as intentional infliction of pain and suffering and emotional distress and malicious prosecution.

1) I (The plaintiff) Mark Hawkins, states that in the month of April on the day 16th the year of 2000. was beaten by (2) Two Cook County Sheriffs deputies while (2) Two other deputies look on. While awaiting for a bond hearing. This took place inside the holding Tank #18 at the Markham Courthouse Facility around the hour of 10:30 pm.

2) Inwhich officers came inside this holding Tank or (cell) after being opened by one of their coworker's. inwhich at this time there was already two people that had this cell occupied.

3) Officer Lipkowski #4540 C.C.S.D., approached me while reaching to his belt and removing from it what I'd presumed to be mace. Therefore I proceeded to cover my face. As I was still sitting thinking he was about to spray me.

4) Officer Lipkowski had this item balled up in his hand while making a fist. He walked up to me, and struck me on my left temple causing me to loose my conscienceness momentarily.

5) As I came back To, I'd noticed That what officer had in his Hand was a miniture mag Flashlight.

6) He started striking me several Time's in The Face, and on Top of my head.

7) So I pulled my knees up Towards my chest, And Folding my Arms over my head Trying To protect myself From The blows.

8.) next I knew There was Another officer in Front of me, and to other officer's blocking The doorway, of The holding cell.

9.) The other officer grabbed my Left Ankel because my knees were up To my chest with my head Tucked. So That officer (Lipkowski) couldn't strike my no more in The Face.

10) This other officer Jerked my leg out in From of me causing To Flail backwards. striking my head against The concrete wall.

11.) While in This helpless state The Two deputies began To beat me, striking me several Times

with fists and flashlight in the face, side of the head, top of the head, upon both wrists, hands, arms as I tried to keep them from knocking out my theeth.

12. The flashlight used during the beating left several circular indentations on my arms, wrists, side of my face, and on my cheek bone below my left eye.

13.) Now I'd decided to laydown on the bunked that I was sitting on. Roll over and face the wall covering my head with my arms so that they could not strike me no more in my face and head area.

14) This is when deputy (Lipkowski) stood on top of the bunk and stomped me with the heel of his trooper boots between my shoulder blades.

15.) Later that morning I'd noticed a black male *sargent by the name of [pickett]. I asked him who was in charge of his shift. He replied *Lt. [Johnson]. I then inquired, if he would go get him, because I'd been beaten by two deputies while two other deputies watched.

16) After #27.[Johnson] Arrived He Led me To A Small Room where he began To photograph my Injuries That had been committed by These deputies. having me remove my shirt To photograph The bruises Left From The deputy boot heel.
   Then ordering (SST Pickett) To start an Investigation and Locate witnessess. Then sent me by Ambulance To South Syburban Hospital.
   They Took X-Rays and completed a CAT-SCAN.

17.) Neither deputy made an Incident report out The morning before They LefT The jobsite. Nor did They notify Thier shift commander About such incident before They Left The Job.

18. Neither deputie sought medical attention From on staff paramedics during the remainder of Their shift. Nor did either of The deputies inform The paramedics That a detainee needed medical attention.

19.) Neither deputy sought medical attention after Their shift period.

20). That folling evening Deputy R. Lipkowski came To work Found out about The investigation. And went To The states attorney office, fabricating a story of evidence That Led To A battery

charge against me. which resulted in a warrent being issued for my arrest.

21.) After bonding out, I had another charge brought against me in which resulted into Two Trials while the state selected to go with the class 2 Felony

22. The state finally Nolloe-process their case in the Last week of July 2006 because it was put on the back burner of the docket of another felony charge. which consisted of a Trial and a Re-Trial.

23. I was sent to Stateville correctional facility (3) days after these findings. and paroled 9-15-06.

24. I have been housed at [C.C.D.C] Cook County Department of Correction since 09-01-07

25. I would Like to know if there is anything such as Legal disability, becaue of incarceration, Towards Fileing a claim. also is there a time frame in which to file a claim.

Relief sought for dammages: $750,000

signed this 14th day of July 2008

Respectfully submitted

signiture: Mark W Hawkins

print: MARK W Hawkins

I.D # 20080066305

P.O BOX # 089002

Chicago, IL. 60608

**DOROTHY BROWN**
CLERK OF THE CIRCUIT COURT



Human Resources
Richard J. Daley Center
Room 1003
Chicago, Illinois 60602
(312) 603-4671
FAX (312) 603-5043
www.cookcountyclerkofcourt.org

## OFFICE OF THE CLERK OF THE CIRCUIT COURT OF COOK COUNTY

Mark W. Hawkins
200700 66305
PO Box 089002
Chicago IL 60608

Date: 4-28-08

Re: Your correspondence of __4-22-08__ concerning file(s)
006000654701

On ___NA___ the above file(s) were place on the call in Courtroom ____. The following order was entered by Judge _____.

Your case # is listed above — We do not have police reports in the file you would have to contact the Sheriff's Dept. Attached is a copy of the Complaint w/ the officer's name

Sincerely,

B Leeon
Deputy Clerk

6th DIST.    RM# 206    15 MAY 00   0900hrs.    IL0160000
(Court Branch # or District #)    (Court Date/Time)    (Arresting Agency #)

**MISDEMEANOR COMPLAINT** (This form replaces CCG-0655, CCMC-0222 & CCMC-0225)    (Rev. 3/19/99) CCCR-0655

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,
                     Plaintiff

v.

HAWKINS, MARK W.
                     Defendant.

NO. 00MC6006547

D/S R. Lipkowski # 4540   C.C.S.D. _____ complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states the following:

That: HAWKINS, MARK W. (defendant) of 177 E. Sycamore Drv, PK.Foerst Il. (address) has, on or about

16 APR 00 (date) at the location of 16501 S. Kedzie Pkwy. Markham Il. 60426 (place of offense)

committed the offense(s) of    **BATTERY**

in that he/she knowingly and unlawfully without legal jusifaction caused bodily harm to D/S R. Lipkowski, in that he struck him with a closed fist numerous times about the upper body

in violation of 720 (Chapter) Illinois Compiled Statutes 5 (Act) / 12-3(a)1 (Sub Section)

**AOIC Code** [ ][ ][ ][ ][ ][ ]

_Richard Lipkowski_ (Complainant's Signature)
16501 S. Kedzie Pkwy. Markham Il. 60426 (Complainant's Address)
708 210-4435 (Complainant's Telephone)
D/S R. Lipkowski # 4540 (Complainant's Name Printed or Typed)

STATE OF ILLINOIS } ss:
COOK COUNTY

The complainant, being first duly sworn on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.

_Richard Lipkowski_ (Complainant's Signature)

Subscribed and sworn to before me on this 18 day of April, 2000

_____ (Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED,    Judge _____
     or                                                                                  Judge's No.
WARRANT ISSUED,    Bail set at: _____
     or
BAIL SET AT: _____ Judge _____
                                                                                                       Judge's No.

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS