## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ELAINE E. BUCKLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4055 | **DATE** | 9/4/08 |
| **CASE TITLE** | Mark W. Hawkins (#2008-0066305) v. Cook County Sheriff Dept., et al. | | |

**DOCKET ENTRY TEXT:**

On 7/24/08 the Court ordered Plaintiff either to file an *in forma pauperis* application or to pay the full $350 filing fee and to show cause why his action should not be dismissed as untimely. Plaintiff has failed to comply with this order. Accordingly, this action is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(b). However, having brought this action, Plaintiff remains obligated to pay the full filing fee. *See* 28 U.S.C. § 1915(b)(1). Nonpayment may affect Plaintiff's ability to bring future suits *in forma pauperis*. *See Thurman v. Gramley*, 97 F.3d 185, 187 (7th Cir. 1996), *overruled on other grounds by Walker v. O'Brien*, 216 F.3d 626 (7th Cir. 2000).

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|